**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America

v. Misc 03-56S

Arthur D'Amario, III

# ORDER

Since all of the judges of this Court have recused themselves this case is hereby referred to the District of Massachusetts for assignment to a judge in that District sitting by designation.

The Clerk shall forward a copy of the file to the District of Massachusetts for assignment but jurisdiction over this case shall remain with the District of Rhode Island which shall enter final judgment.

The originals of all documents filed in the future shall be filed in this Court and copies shall be filed in the District of Massachusetts.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. §636(f). I therefore concur in the assignment of a magistrate judge from the District of Massachusetts to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

By Order:
Paula Farrell
Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge Ernest C. Torres
date: 6/8/05

**Concurring Order**

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judge ____________________ is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

________________________________
Chief Judge, Assignee District