UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ARTHUR D'AMARIO, III | CRIMINAL ACTION<br>NO. 1:99 CR 00024-01<br>1:03 MC 00056 |

ORDER

YOUNG, D.J.[1] June 23, 2005

In light of the First Circuit Court of Appeals' decision in United States v. D'Amario, No. 04-2566 (1st Cir. June 23, 2005), it is clear that this court had subject matter jurisdiction to impose the sanction declared on June 8, 2005.

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE

[1] Of the District of Massachusetts, sitting by designation.